# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASSERO L. WASHINGTON,<br><br>    Defendant. | Case No. 3:08-cr-00121-SLG |

## ORDER REGARDING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court at Docket 179 is defendant Cassero L. Washington's Motion for Early Termination of Probation/Supervised Release. The government did not file a response. The U.S. Probation Office for the District of Alaska filed a report, accessible only by the Court, at Docket 180. No hearing on the motion is required because the relief sought is favorable to Mr. Washington and the government has not objected.[1]

Mr. Washington was sentenced to 10 years in prison and has served more than four years of supervised release.[2] Mr. Washington has approximately seven months of supervised release remaining. Mr. Washington asserts that he seeks to have his supervised release terminated so that he can move to Arkansas to be

---

[1] Fed. R. Crim. P 32.1(c)(2).

[2] Docket 100; Docket 180.

closer to his family.³  Mr. Washington was convicted of Possession of a Controlled Substance with Intent to Distribute,; he had a significant criminal history prior to this case; and he has had two instances of Driving Under the Influence while he has been on supervised release.⁴  The information provided to the Court by both Mr. Washington and by the Probation Office demonstrates that Mr. Washington has completed the Bureau of Prisons' Residential Drug Abuse Program and the Alaska Safety Alcohol Program, that he maintains a stable residence, that he has steady employment, and that he acts as the primary caregiver for his young child.⁵  The Probation Officer indicated that Mr. Washington has not had any supervised release violations in more than two years and that despite some instances of non-compliance, his "overall reintegration into the community has been a success."⁶

"[A]fter considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'"⁷  The Court has considered all of Mr. Washington's motion, all of the Probation Office's report, and the sentencing factors of the nature of the offense, the history and characteristics of Mr. Washington, the need to adequately deter

---

³ Docket 179 at 1–2.

⁴ Docket 100; Docket 87-4 (under seal); Docket 173.

⁵ Docket 179; Docket 180.

⁶ Docket 180.

⁷ *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (quoting 18 U.S.C. § 3583(e)(1)).

Case No. 3:08-cr-00121-SLG, *United States v. Washington*
Order Re Motion for Early Termination of Supervised Release
Page 2 of 3
Case 3:08-cr-00121-SLG-DMS   Document 181   Filed 04/22/21   Page 2 of 3

criminal conduct, the need to protect the public, the need to provide Mr. Washington with training, treatment, or medical care, the kinds of sentences available, and the need to avoid unwarranted sentencing disparities.[8] The Court finds that early termination of Mr. Washington's supervised release is warranted at this time and is in the interest of justice.

In light of the foregoing, the motion at Docket 179 is GRANTED. The Clerk of Court shall prepare an amended judgment that terminates supervised release in this case immediately.

DATED this 22nd day of April, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[8] *See* 18 U.S.C. § 3583(e) (directing a district court to consider the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)).

Case No. 3:08-cr-00121-SLG, *United States v. Washington*
Order Re Motion for Early Termination of Supervised Release
Page 3 of 3
Case 3:08-cr-00121-SLG-DMS   Document 181   Filed 04/22/21   Page 3 of 3